**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1382**

_____

CATANDRIA N. SOUBLET,

        Petitioner - Appellant,

    v.

COMMISSIONER OF INTERNAL REVENUE,

        Respondent - Appellee.

_____

Appeal from the United States Tax Court.
(No. 27242-14)

_____

Submitted: August 27, 2015      Decided: August 31, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Catandria N. Soublet, Appellant Pro Se.  Patricia McDonald Bowman, Trial Attorney, Bridget Maria Rowan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catandria N. Soublet appeals from the tax court's order dismissing for lack of jurisdiction her unsigned and unratified petition for redetermination of a deficiency with respect to her 2012 income tax liability. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the tax court. See Soublet v. Comm'r of Internal Revenue, T.C. No. 27242-14 (U.S.T.C. Apr. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED